

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Noah Daniel Rodriguez,     * From the 142nd District
              Court of Midland County,
              Trial Court No. CR39241.

Vs. No. 11-14-00157-CR      * June 9, 2016

The State of Texas,       * Memorandum Opinion by Bailey, J.
              (Panel consists of: Wright, C.J.,
              Willson, J., and Bailey, J.)

   This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.